NO









NO. 12-09-00324-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

JOE COY WHITLOW,                                       '     APPEAL
FROM THE 241ST

APPELLANT

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

HEALTHPORT, P.A. D/B/A

PAIN RECOVERY CENTER OF,                   '     SMITH COUNTY,
TEXAS

TYLER AND BOBBY HOLBROOK,

APPELLEES

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellant,
Joe Coy Whitlow, has filed a motion to dismiss this appeal.  In his motion,
Whitlow states that his dispute with Appellees, Healthport, PA, d/b/a Pain
Recovery Center of Tyler and Bobby Holbrook, has been resolved and he no longer
wishes to pursue the appeal.  Because Whitlow has met the requirements of Texas
Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal
is dismissed.  

Opinion delivered February 10, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)